UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SA and SWATCH AG,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>375 CANAL, LLC, JOHN DOES 1 – 50 and XYZ COMPANIES 1 – 50,<br><br>                              Defendants. | Civil Action No.:<br>12-CV-6979 (PAC)<br><br>**NOTICE OF MOTION**<br>**[Plaintiffs' Third Motion in Limine]** |

      PLEASE TAKE NOTICE that Plaintiffs will move this Court, before the Hon. Paul A. Crotty in Courtroom 14C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R. Evid. 401 and 402 precluding Defendant 375 Canal, LLC from arguing or offering evidence that people who encountered counterfeit "Omega" or "Swatch" watches at 375 Canal Street understood or suspected that the watches were fake, or otherwise presenting evidence about the state of mind of potential purchasers of the watches.

Dated: Ossining, NY
          August 9, 2017

                                        COLLEN
                                        *Attorneys for Plaintiffs Omega SA and Swatch SA*

                                        By:_____
                                          Joshua Paul (jpaul@collenip.com)
                                          Jeffrey Lindenbaum (jlindenbaum@collenip.com)
                                          Michael Nesheiwat (mnesheiwat@collenip.com)
                                          80 South Highland Avenue
                                          Ossining, New York 10562
                                          Tel. (914) 941-5668
                                          Fax (914) 941-6091