UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SA and SWATCH AG,<br><br>       Plaintiffs,<br><br>-against-<br><br>375 CANAL, LLC, JOHN DOES 1 – 50 and XYZ COMPANIES 1 – 50,<br><br>       Defendants. | Civil Action No.:<br>12-CV-6979 (PAC)<br><br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

The undersigned attorney, Lisa A. McAndrews, respectfully moves this Court to withdraw as counsel of record for Plaintiffs Omega SA and Swatch AG.  At the time of my appearance I was an associate at the law firm Collen IP.  I am no longer employed by the law firm Collen IP.  Also, it is my understanding that the Collen IP law firm is no longer representing the Plaintiffs in this matter, having been substituted by the law firm Wilmer Hale and its attorneys Robert J. Gunther , Jr, Christopher Ronald Noyes, Michael Heyison and Rachel Lauren Weiner.  The Wilmer Hale attorneys have already made an appearance as counsel for Plainitffs.

Dated:  March 7, 2018

                                             Respectfully submitted,

By: _/s/ Lisa A. McAndrews_
      Lisa A. McAndrews
      Kilpatrick Townsend & Stockton LLP
      1114 Avenue of the Americas, 21st Floor
      New York, NY USA 10036
      212.775.8769
      lmcandrews@kilpatricktownsend.com