UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMEGA SA and SWATCH SA,

                Plaintiffs,

-against-

375 CANAL, LLC, JOHN DOES 1 - 50
and XYZ COMPANIES 1 - 50,

                Defendants.

Civil Action No.: 12-CV-6979 (PAC)

**MOTION TO WITHDRAW**
**APPEARANCE OF HAL R. LIEBERMAN**

      Upon the accompanying affirmation of Hal R. Lieberman, the undersigned respectfully moves this Court to withdraw the appearance of Hal R. Lieberman on behalf of non-party Joshua Paul.

Dated: March 26, 2018
       New York, New York

                          EMERY CELLI BRINCKERHOFF
                          & ABADY LLP

                          By:   /s/
                          Hal R. Lieberman
                          600 Fifth Avenue, 10th Floor
                          New York, New York 10020
                          (212) 763-5000

                          *Counsel for Joshua Paul*