UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SA and SWATCH SA,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>375 CANAL, LLC, JOHN DOES 1 - 50<br>and XYZ COMPANIES 1 - 50,<br><br>                    Defendants. | Civil Action No.: 12-CV-6979 (PAC) |

**MOTION TO WITHDRAW**
**APPEARANCE OF DEBRA L. GREENBERGER**

Upon the accompanying affirmation of Debra L. Greenberger, the undersigned respectfully moves this Court to withdraw the appearance of Debra L. Greenberger on behalf of non-party Joshua Paul.

Dated: March 26, 2018
       New York, New York

                        EMERY CELLI BRINCKERHOFF
                        & ABADY LLP

                        By:   /s/
                        Debra L. Greenberger
                        600 Fifth Avenue, 10th Floor
                        New York, New York 10020
                        (212) 763-5000

                        *Counsel for Joshua Paul*