EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

DANIEL TREIMAN

March 26, 2018

*Via ECF*

Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

      Re:    *Omega SA, et al. v. 375 Canal, LLC, et al.*, No. 12 Civ. 6979

Your Honor:

      We represent former Plaintiffs' counsel, Joshua Paul, for the limited purpose of responding to Defendant's sanctions motions. We have moved to withdraw as counsel for Mr. Paul because the limited purpose of our representation concluded when the Court denied Defendant's request for sanctions. In light of our pending motion for withdrawal and the resolution of the sanctions issue, we ask the Court to excuse our appearance at the scheduled March 29, 2018 status conference.

      Respectfully submitted,

      /s/
      Hal R. Lieberman
      Debra L. Greenberger

c.    All Counsel of Record, *via ECF*