UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SA and SWATCH SA,<br><br>         Plaintiffs,<br><br>-against-<br><br>375 CANAL, LLC, JOHN DOES 1 – 50,<br>and XYZ COMPANIES 1 - 50,<br><br>         Defendants. | Civil Action No.: 12-CV-6979 (PAC) |

## **MOTION OF JOSHUA PAUL TO WITHDRAW APPEARANCE**

Upon the accompanying declaration of Joshua Paul, the undersigned respectfully moves this Court to withdraw the appearance of Joshua Paul on behalf of Plaintiffs Omega SA and Swatch SA.

Dated: Boston, MA
    March 27, 2018

               JOSHUA PAUL

               /s/
               Boston, MA