UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA SA and SWATCH SA,<br><br>                                  Plaintiffs,<br><br>-against-<br><br>375 CANAL, LLC, JOHN DOES 1 – 50, and XYZ COMPANIES 1 - 50,<br><br>                                Defendants. | Civil Action No.: 12-CV-6979 (PAC) |

## DECLARATION OF JOSHUA PAUL

Joshua Paul declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following statements are true and correct:

1.   I am an attorney admitted to practice before the courts of the State of New York and a member of the Bar of this Court.

2.   On September 19, 2012, I filed a Notice of Appearance in this action on behalf of Plaintiffs Omega SA and Swatch SA in my capacity as an employee of the law firm Collen IP, 80 South Highland Avenue, Ossining, NY 10562.  Dkt. 5.

3.   On October 2, 2017, a representative of Omega SA and Swatch SA notified Collen IP that plaintiffs had elected to retain a different law firm to represent them in this civil action.  Collen IP terminated my employment that same day (October 2, 2017).

4.   The law firm Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") has represented Plaintiffs in this civil action since on or about October 5, 2017.  Wilmer Hale attorneys Robert J. Gunther, Jr. and Christopher Ronald Noyes filed notices of appearance with this Court on behalf of Plaintiffs on October 5, 2017.  Dkt. 160, 161.

5. My representation of Plaintiffs ended October 2, 2017. I respectfully request that the Court grant this motion to withdraw my earlier-filed appearance on behalf of Plaintiffs.

Dated: Boston, MA
       March 27, 2018

                        JOSHUA PAUL

                              /s/
                   _____